UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAYMOND CASTRO,

Plaintiff,

-against-

LOWE'S HOME IMPROVEMENT; EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (EEOC),

Defendants.

25-CV-5799 (LLS)

CIVIL JUDGMENT

For the reasons stated in the March 11, 2026 order, this action is dismissed.

SO ORDERED.

Dated: October 22, 2026
New York, New York

Louis L. Stanton

Louis L. Stanton
U.S.D.J.